# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUIS ROMERO,

    Defendant.

Case No. MJ12-347

**DETENTION ORDER**

Offense charged:

    Conspiracy to Distribute methamphetamine.

Date of Detention Hearing: June 28, 2012.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged by complaint with conspiracy to distribute methamphetamine. The charges are pending in the District of Montana and carries a presumption of detention.

DETENTION ORDER - 1

Defendant failed to overcome that presumption. The Court received no information about the defendant's ties to the community, residence, employment or drug and alcohol use. Defendant did not contest entry of a detention order in this district.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of June, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge